Robert W. Unikel
robertunikel@paulhastings.com
Michelle Marek Figueiredo (IL Bar #6297112)
michellemarek@paulhastings.com
Matthew Richard Lind (IL Bar #6327241)
mattlind@paulhastings.com
John A. Cotiguala (IL Bar #6311056)
johncotiguala@paulhastings.com
PAUL HASTINGS LLP
71 South Wacker Dr., 45th Floor
Chicago, IL 60606
Telephone: (312) 499-6000
Facsimile: (312) 499-6100

[ADDITIONAL COUNSEL LISTED ON
SIGNATURE PAGE]

Attorneys for Defendant Google LLC

Aaron S. Jacobs (CA Bar No. 214953)
ajacobs@princelobel.com
Kevin Gannon
kgannon@princelobel.com
PRINCE LOBEL TYE LLP
One International Place, Suite 3700
Boston, MA 02110
Tel: (617) 456-8000
Fax: (617) 456-8100

Attorneys for Plaintiff Uniloc 2017 LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

UNILOC 2017 LLC,

                Plaintiff,

   v.

GOOGLE LLC,

                Defendant.

Case No. 4:20-cv-05340-YGR

**STIPULATION AND [PROPOSED]
ORDER FOR ENTRY OF JUDGMENT**

1   Plaintiff Uniloc 2017 LLC ("Uniloc") and Defendant Google LLC ("Google") hereby

2   stipulate as recited below and move for entry of final judgment of invalidity as to claim 1 of U.S.

3   Patent No. 6,452,515 (the "'515 patent"):

4   WHEREAS on November 17, 2018, Uniloc filed a Complaint (Dkt. No. 1) for patent

5   infringement against Google alleging that Google infringed the '515 patent;

6   WHEREAS on May 6, 2019, Uniloc served its Disclosure of Asserted Claims and

7   Infringement Contentions alleging infringement of only claim 1 of the '515 patent;

8   WHEREAS on October 18, 2019, Google filed a Renewed Motion to Dismiss for Lack of

9   Standing and Improper Venue (Dkt. No. 99);

10   WHEREAS on October 30, 2019, Google filed a Motion for Summary Judgment of Non-

11   Infringement (Dkt. No. 110);

12   WHEREAS on February 4, 2020, Magistrate Judge Payne issued a Claim Construction

13   Memorandum and Order (Dkt. No. 177) finding the phrase "[means] for encoding these labels in

14   a random order" from claim 1 of the '515 patent indefinite for failure to disclose corresponding

15   structure in the specification;

16   WHEREAS on February 25, 2020, Google filed a Motion for Summary Judgment of

17   Invalidity in View of the Court's Claim Construction Order (Dkt. No. 195) requesting that the

18   Court declare claim 1, the only claim asserted in this proceeding, invalid;

19   WHEREAS on March 25, 2020, Chief Judge Gilstrap issued an Order (Dkt. No. 229)

20   adopting the Claim Construction Memorandum and Order (Dkt. No. 177);

21   WHEREAS on May 1, 2020, Magistrate Judge Payne issued a Report and

22   Recommendation (Dkt. No. 240) recommending that Google's Motion for Summary Judgment of

23   Invalidity (Dkt. No. 195) be granted;

24   WHEREAS on May 15, 2020, Uniloc filed an objection to the Report and

25   Recommendation (Dkt. No. 242) and on May 29, 2020, Google filed a Response, but the case was

26   transferred to this district before the Report and Recommendation was acted upon;

27   WHEREAS Uniloc and Google agree that final judgment of invalidity should be entered

28   by the Court as a result of the claim construction ruling;

Case No. 4:20-cv-05340-YGR      - 1 -      STIPULATION AND [PROPOSED] ORDER FOR ENTRY OF JUDGMENT

WHEREAS Uniloc and Google agree that claim 1 of the '515 patent should be declared invalid for indefiniteness, assuming the correctness of the claim construction ruling;

ACCORDINGLY, IT IS HEREBY STIPULATED AND AGREED by Uniloc and Google, subject to the approval of the Court, as follows:

1.     Uniloc and Google stipulate and request that the Court enter final judgment that claim 1 of the '515 patent is invalid;

2.     Uniloc and Google stipulate and request that the Court enter final judgment in favor of Google with respect to Uniloc's Complaint alleging patent infringement;

3.     Uniloc reserves its right to appeal the determination that claim 1 of the '515 patent is indefinite;

4.     Google reserves its right to challenge Uniloc's standing on appeal;

5.     Google reserves its right to re-raise all its defenses in this proceeding (including, without limitation, lack of standing and non-infringement) if the Federal Circuit does not affirm the judgment of invalidity on appeal; and

6.     Google reserves its right to seek attorney's fees and costs in this proceeding.


IT IS SO STIPULATED.


Dated:  August 28, 2020                              Respectfully submitted,


By: */s/ Aaron S. Jacobs*                            By: */s/ Robert W. Unikel*

Aaron S. Jacobs (CA Bar No. 214953)      Robert W. Unikel
ajacobs@princelobel.com                          robertunikel@paulhastings.com
Kevin Gannon                                            Michelle Marek Figueiredo (IL Bar #6297112)
kgannon@princelobel.com                          michellemarek@paulhastings.com
**PRINCE LOBEL TYE LLP**                      Matthew Richard Lind (IL Bar #6327241)
One International Place, Suite 3700            mattlind@paulhastings.com
Boston, MA 02110                                     John A. Cotiguala (IL Bar #6311056)
Tel: (617) 456-8000                                  johncotiguala@paulhastings.com
Fax: (617) 456-8100                                 **PAUL HASTINGS LLP**
                                                            71 South Wacker Dr., 45th Floor
Attorneys for Plaintiff Uniloc 2017 LLC     Chicago, IL 60606
                                                            Telephone: (312) 499-6000

1    Facsimile: (312) 499-6100

2    Elizabeth L. Brann (CA Bar #222873)
     elizabethbrann@paulhastings.com
3    Ariell Nicole Bratton (CA Bar #317587)
     ariellbratton@paulhastings.com
4    **PAUL HASTINGS LLP**
     4747 Executive Drive, 12th Floor
5    San Diego, CA 92121
     Telephone: (858) 458-3000
6    Facsimile: (858) 458-3005

7    Robert Laurenzi (NY Bar #3024676)
     robertlaurenzi@paulhastings.com
8    **PAUL HASTINGS LLP**
     200 Park Avenue, 26th Floor
9    New York, NY 10166
     Telephone: (212) 318-6000
10   Facsimile: (212) 318-6100

11   Christopher W. Kennerly (TX Bar #795077)
     chriskennerly@paulhastings.com
12   **PAUL HASTINGS LLP**
     1117 South California Avenue
13   Palo Alto, CA 94304
     Telephone: (650) 320-1800
14   Facsimile: (650) 320-1900

15   Grant N. Margeson (CA Bar #299308)
     grantmargeson@paulhastings.com
16   **PAUL HASTINGS LLP**
     101 California Street
17   Forty-Eighth Floor
     San Francisco, California 94111
18   Telephone: (415) 856-7000
     Facsimile: (415) 856-7100
19
     Michael E. Jones
20   State Bar No. 10929400
     mikejones@potterminton.com
21   E. Glenn Thames, Jr.
     State Bar No.00785097
22   glennthames@potterminton.com
     Patrick C. Clutter
23   State Bar No. 24036374
     patrickclutter@potterminton.com
24   **POTTER MINTON, P.C.**
     110 N. College Ave., Suite 500
25   Tyler, Texas 75702
     Telephone: (903) 597-8311
26   Facsimile: (903) 593-0846

27   *Attorneys for Defendant Google LLC*

28

1

## ATTESTATION PURSUANT TO LOCAL RULE 5-1(i)(3)

2

I attest that concurrence in the filing of this document has been obtained from its signatories.

3

4

Dated:  August 28, 2020                                    By: */s/ Aaron S. Jacobs*

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**[PROPOSED] ORDER**

2

PURSUANT TO STIPULATION, IT IS SO ORDERED.

3

4

5

Dated: _____September 1, 2020_____                    _____

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28