Aaron S. Jacobs (Cal. Bar No. 214953)
ajacobs@princelobel.com
**PRINCE LOBEL TYE LLP**
One International Place, Suite 3700
Boston, MA 02110
Tel: (617) 456-8000

Matthew D. Vella (Cal. State Bar No. 314548)
mvella@princelobel.com
**PRINCE LOBEL TYE LLP**
357 S. Coast Highway, Suite 200
Laguna Beach, CA 92651
Tel: (949) 232-6375

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNILOC 2017 LLC,<br><br>    Plaintiff,<br><br>v.<br><br>GOOGLE LLC,<br><br>    Defendant. | Case Nos.: 4:20-cv-04355-YGR<br>4:20-cv-05330-YGR; 4:20-cv-05333-YGR;<br>4:20-cv-05334-YGR; 4:20-cv-05339-YGR;<br>4:20-cv-05340-YGR; 4:20-cv-05341-YGR<br>4:20-cv-05342-YGR; 4:20-cv-05343-YGR<br>4:20-cv-05344-YGR; 4:20-cv-05345-YGR<br>4:20-cv-05346-YGR<br><br>**PLAINTIFF'S NOTICE OF RECENT JUDICIAL ACTION** |

Plaintiff Uniloc 2017 gives this Court notice of recent action taken by the court in *Uniloc USA, Inc. v. Motorola Mobility, Inc*., C.A. No. 1:17-cv-01658-CFC (D.Del.). In that action, Motorola had moved to dismiss the action, making similar arguments to those Google has made in these actions, namely, that a third-party, Fortress Credit Co. LLC ("Fortress"), had obtained a right to sublicense patents in the Uniloc portfolio. The court there, Connolly, J., held a hearing on the motion on October 1, 2020. (Google has submitted to this Court a transcript of that hearing, -5346 Dkt. No. 214-3).

PLAINTIFF'S NOTICE OF RECENT JUDICIAL ACTION   1   Case Nos. 4:20-cv-04355, -5330, -5333, -5334, -5339,
-5340, -5341, -5342, -5343, -5344, -5345, & -5346-YRG

3580039.v1

On October 27, 2020, Judge Connolly issued an order inviting the parties to submit briefs addressing two questions. See attached Ex. A. In response to that order, the Uniloc entities filed the attached Exhibit B.

It appears Judge Connolly discovered a fact the parties in that (and this) action had overlooked, namely, that Fortress's alleged right to sublicense would have been prospective only, and thus would not relate to (or be able to address) past infringement. Uniloc's view of the significance of that fact is set forth in Ex. B. Uniloc invites Google to set forth its own views on this issue. If it does so, Uniloc will waive reply.

Dated: November 11, 2020

Respectfully submitted,

*/s/ Aaron S. Jacobs*
Aaron S. Jacobs (Cal. Bar No. 214953)
ajacobs@princelobel.com
**PRINCE LOBEL TYE LLP**
One International Place, Suite 3700
Boston, MA 02110
Tel: (617) 456-8000

Matthew D. Vella (Cal. State Bar No. 314548)
mvella@princelobel.com
**PRINCE LOBEL TYE LLP**
357 S. Coast Highway, Suite 200
Laguna Beach, CA 92651
Tel: (949) 232-6375

Attorneys for Plaintiff