NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**UNILOC 2017 LLC,**
*Plaintiff-Appellant*

v.

**GOOGLE LLC,**
*Defendant-Appellee*

_____

2021-1034

_____

Appeal from the United States District Court for the Northern District of California in No. 4:20-cv-05340-YGR, Judge Yvonne Gonzalez Rogers.

_____

**O R D E R**

Upon consideration of the appellant's unopposed motion to voluntarily dismiss the above-captioned appeal,

IT IS ORDERED THAT:

(1) The motion is granted. The appeal is dismissed.

(2) Each side shall bear its own costs.

                                         FOR THE COURT

December 23, 2020          /s/ Peter R. Marksteiner
                                         Peter R. Marksteiner
                                         Clerk of Court

**ISSUED AS A MANDATE:** December 23, 2020